| | |
|---|---|
| 1 | COOLEY LLP |
| | WILLIAM P. DONOVAN, JR. (SBN 155881) |
| 2 | (wdonovan@cooley.com) |
| | NATHANIEL R. COOPER (SBN 262098) |
| 3 | (ncooper@cooley.com) |
| | CHRISTINA S. DAVIS (SBN 271719) |
| 4 | (cdavis@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 5 | Santa Monica, CA 90401 |
| | Telephone: (310) 883-6400 |
| 6 | Facsimile: (310) 883-6500 |

Attorneys for Defendants
THE HONEST COMPANY, INC. and
JESSICA ALBA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SANCHEZ and TIFFANIE WOODARD, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-04159-AB (RAOx) |
| | Case No. 2:16-ml-02719-AB-(RAOx) |
| Plaintiff, | |
| v. | **STIPULATION TO CONSOLIDATE RELATED ACTIONS** |
| THE HONEST COMPANY, INC. and JESSICA WARREN a/k/a JESSICA ALBA, | |
| Defendants. | |
| IN RE: THE HONEST COMPANY, INC. SODIUM LAURYL SULFATE (SLS) MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 2719 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-(RAOX)

**STIPULATION**

By this Stipulation, Plaintiffs Julie Sanchez and Tiffanie Woodard (collectively, the "Sanchez Plaintiffs") and Defendant The Honest Company, Inc. and Jessica Warren a/k/a Jessica Alba (collectively, "Defendants") jointly respectfully request that the Court consolidate this matter with the related action *In Re: The Honest Company, Inc. Sodium Lauryl Sulfate (SLS) Marketing and Sales Practices Litigation,* Case No. 2:16-ml-02719-AB (RAOx), which is currently pending before this Court.

WHEREAS, between March 17, 2016 and April 11, 2016, six separate actions asserting substantially similar claims and allegations against one or both Defendants were filed in the United States District Courts (the "Related Actions");

WHEREAS, on April 11, 2016, the plaintiff in one of the Related Actions filed a motion with the United States Judicial Panel on Multidistrict Litigation (the "JPML") under 28 U.S.C. § 1407 to transfer the Related Actions to this District for Coordinated or Consolidated Proceedings (the "MDL Transfer Motion") a true and correct copy of which is attached hereto as **Exhibit A**;

WHEREAS, on June 10, 2016, the Sanchez Plaintiffs filed this action asserting substantially similar claims and allegations against Defendants to those asserted against one or both Defendants in the Related Actions (*see* Dkt. No. 1);

WHEREAS, on June 10, 2016, the Sanchez Plaintiffs filed a Notice of Related Cases, pursuant to which this matter was deemed to be related to the Related Actions and assigned to this Court (*see* Dkt. No 5):

WHEREAS, on June 20, 2016, the Sanchez Plaintiffs filed a Notice of Related Action with the JPML, a true and correct copy of which is attached hereto as **Exhibit B**;

WHEREAS, on August 5, 2016, the JPML issued an order granting the MDL Transfer Motion and centralizing the six Related Actions that were filed prior to the MDL Transfer Motion before this Court (the "Transfer Order"), a true and correct of which is attached hereto as **Exhibit C**;

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-RAOX

1  WHEREAS, pursuant to the Transfer Order, the six Related Actions were centralized before this Court as *The Honest Company, Inc. Sodium Lauryl Sulfate (SLS) Marketing and Sales Practices Litigation,* Case No. 2:16-ml-02719-AB (RAOx) (the "MDL");

WHEREAS, the Transfer Order acknowledged that the *Sanchez* matter was a "tag-along action," but did not order that this matter be consolidated with the MDL and instead deferred to this Court to "steer this litigation in a prudent course" (Ex. C);

WHEREAS the Sanchez Plaintiffs and Defendants have met and conferred and agreed that consolidation of the *Sanchez* action into the MDL will best promote streamline litigation and judicial efficiency;

WHEREAS, the parties to the Related Actions (which are now the Parties to the MDL) further agree and, by their signatures below, hereby stipulate to the consolidation of the *Sanchez* action into the MDL.

NOW THEREFORE, having met and conferred regarding the above matters, the Parties to this action and the MDL hereby STIPULATE AND AGREE THAT this action, *Sanchez v. The Honest Company, Inc.*, Case No. 2:16-cv-04159-AB (RAOx), shall be consolidated for all purposes into the MDL action, *The Honest Company, Inc. Sodium Lauryl Sulfate (SLS) Marketing and Sales Practices Litigation, The Honest Company, Inc.,* Case No. 2:16-ml-02719-AB (RAOx).

Respectfully submitted.

Dated: September 13, 2016     COOLEY LLP

*/s/* William P. Donovan, Jr.
William P. Donovan, Jr.

*Attorneys for Defendants*
THE HONEST COMPANY, INC. and
JESSICA ALBA

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-RAOX

| | | |
|---|---|---|
| 1 | Dated: September 13, 2016 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ Janine L. Pollack<br>Janine L. Pollack |
| 5 | | *Attorneys for Plaintiff*<br>TIFFANIE WOODARD |
| 6 | | |
| 7 | | |
| 8 | Dated: September 13, 2016 | LEVI & KORSINSKY, LLP |
| 9 | | |
| 10 | | /s/ Nancy A. Kulesa<br>Nancy A. Kulesa |
| 11 | | |
| 12 | | *Attorneys for Plaintiff*<br>JULIE SANCHEZ |
| 13 | | |
| 14 | | |
| 15 | Dated: September_13, 2016 | PEARSON, SIMON & WARSHAW, LLP |
| 16 | | |
| 17 | | /s/ Daniel L. Warshaw<br>Daniel L. Warshaw |
| 18 | | *Attorneys for Plaintiff*<br>STACI SEED |
| 19 | | |
| 20 | | |
| 21 | Dated: September 13, 2016 | AHDOOT & WOLFSON, PC |
| 22 | | |
| 23 | | /s/ Tina Wolfson<br>Tina Wolfson |
| 24 | | *Attorneys for Plaintiff*<br>ALVARO ALHADEFF |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

4.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-RAOx

| | | |
|---|---|---|
| 1 | Dated: September 13, 2016 | SULLIVAN, KRIEGER, TRUONG, SPAGNOLA & KLAUSNER, LLP |

/s/ Adam M. Tamburelli
Adam M. Tamburelli

*Attorneys for Plaintiffs* MARIO ALIANO and ALAN KLARIK

Dated: September_13, 2016    ROBBINS ARROYO LLP

/s/ Ashley R. Rifkin
Ashley R. Rifkin

*Attorneys for Plaintiff*
AMY GLOVER

Dated: September_13, 2016    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

/s/ Janine L. Pollack
Janine L. Pollack

*Attorneys for Plaintiff*
MONICA GOMEZ

Dated: September_13, 2016    KEANE LAW LLC

/s/ Ryan A. Keane
Ryan A. Keane

*Attorneys for Plaintiff*
MARGO SMITH

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

5.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-RAOx

| | | |
|---|---|---|
| 1 | Dated: September_13, 2016 | NATHAN & ASSOCIATES, APC |
| 2 | | |
| 3 | | |
| 4 | | /s/ Reuben D. Nathan |
| | | Reuben D. Nathan |
| 5 | | *Attorneys for Plaintiff* |
| 6 | | MICHAEL CESARINI |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

6.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-RAOx

## ATTESTATION OF SIGNATURE

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 13, 2016     By: /s/ *William P. Donovan, Jr.*
                                                William P. Donovan, Jr

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

7.

STIPULATION TO CONSOLIDATE
RELATED ACTIONS
2:16-CV-04159-AB-RAOx